|  |  |  |
|---|---|---|
| ASHLEY BAHENA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Bedgear, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court Northern District of Illinois**<br><br><br>Case No.: 1:25-cv-10354<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.


Dated: March 3, 2026


*/s/ Alison Chan*
By: Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (630)-478-0856
Email: achan@ealg.law
*Attorneys for Plaintiff*

/s/ **Joseph J. Lynett**
By: Joseph J. Lynett
JACKSON LEWIS P.C.
666 Third Avenue
New York, NY 10017
T: 212-545-4000
Email: joseph.lynett@jacksonlewis.com
*Attorneys for Defendant*